# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Ham, | No. CV-18-02478-PHX-JAS (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. Auto Credit Corporation, | |
| Defendant. | |

Pursuant to the notice of voluntary dismissal (Doc. 12), IT IS ORDERED that this case is dismissed with prejudice, with the parties to bear their own costs, disbursements, and attorneys' fees. **The Clerk of the Court shall enter judgment and close the file in this case.**

Dated this 29th day of October, 2018.

Honorable James A. Soto
United States District Judge