# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Ham,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. Auto Credit Corporation,<br><br>        Defendant. | **NO. CV-18-02478-PHX-JAS (EJM)**<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed.

                                                        Brian D. Karth
                                                        District Court Executive/Clerk of Court

October 30, 2018

                                                         s/ Clara Ortiz
                                                   By   Deputy Clerk